UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ONE DIGITAL STORAGE MEDIA DEVICE, SERIAL NUMBER S3Z6NW0K713033N, CONTAINING THE IMAGES OF TWO WIRELESS TELEPHONES LOCATED AT 601 4TH ST NW, WASHINGTON, D.C. 20535 | No. 21-sw-101 |

## NOTICE OF ERRATA

In the caption, search warrant application, and related materials in the instant matter, the serial number for the digital storage media device containing the images of the wireless telephones to be searched was identified in error as S3Z6NW0K713033N. The correct serial number is S3Z6NW0K713031A.

> Respectfully submitted,
>
> CHANNING D. PHILLIPS
> ACTING UNITED STATES ATTORNEY
> D.C. Bar. No. 415793
>
> By: /s/Elizabeth Aloi
> Elizabeth Aloi
> Assistant United States Attorney
> United States Attorney's Office
> 555 Fourth Street, N.W.
> Washington, D.C.  20530
> Telephone: (202) 695-0610
> Email: Elizabeth.Aloi@usdoj.gov